UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| JATESHA RICE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| CREDIT ONE *d/b/a Credit One Bank, N.A.* | ) | 5:15-CV-130-BO |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that defendant's motion to dismiss [DE 10] is GRANTED and plaintiff Jatesha Rice is compelled to arbitrate her claims against defendant. Plaintiff's claims are DISMISSED in their entirety without prejudice.

This case is closed.

**This judgment filed and entered on July 31, 2015, and served on:**

Shireen Hormozdi (via CM/ECF Notice of Electronic Filing)
Renner Jo St. John (via CM/ECF Notice of Electronic Filing)

July 31, 2015

JULIE RICHARDS JOHNSTON, CLERK

_Lindsay Romine_
By: Deputy Clerk